UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Delane Wells         20-mj-12527

        Defendant(s).
-------------------------------------------------------------------X

Defendant Delane Wells hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

(During a phone call on November 23, 2020, Mr. Wells authorized Benjamin Gold to electronically sign this consent form)

*Delane Wells*_____      _/s/ Ben G_____
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Delane Wells_____      Benjamin Gold_____
Print Defendant's Name                            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__11/23/20_____                 _____
Date                                                    U.S. District Judge/U.S. Magistrate Judge